# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY STEVEN KIRKPATRICK, II,<br><br>Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | CASE NO. 06CV1857 IEG *related to* 03cr531<br><br>**ORDER DENYING AS MOOT PETITIONER'S REQUEST FOR TRANSCRIPTS WITHOUT PREPAYMENT OF COSTS and GRANTING PETITIONER'S MOTION TO WITHDRAW and DISMISSING PETITIONER'S PETITION WITHOUT PREJUDICE**<br><br>[Doc. Nos. 1009, 1010, 1015 in case no. 03cr531; Doc. No. 1 in case no. 06cv1857] |

Presently before the Court is Larry Steven Kirkpatrick's ("petitioner") request for transcripts without prepayment of costs. [Doc. No. 1009 in case number 03cr531.] Petitioner initially requested transcripts in conjunction with Petitioner's petition to vacate, set aside, or correct Petitioner's sentence pursuant to 28 U.S.C. § 2255. [Doc. No. 1 in case number 06cv1857; Doc. No. 1010 in case number 03cr531.] Petitioner has since filed a motion to withdraw the petition. [Doc. No. 1015 in case number 03cr531.]

//

//

//

1     The Court **GRANTS** petitioner's motion to withdraw petitioner's previously filed petition.
2 Therefore, the Court **DISMISSES** petitioner's petition without prejudice.  Furthermore, the Court
3 **DENIES AS MOOT** petitioner's request for transcripts.
4     **IT IS SO ORDERED.**

6 **DATED:  September 29, 2006**      _____
7                                             **IRMA E. GONZALEZ, Chief Judge**
                                            **United States District Court**